MISTY A. MURRAY (SBN 196870)
mmurray@mail.hinshawlaw.com
VIVIAN I. ORLANDO (SBN 213833)
vorlando@mail.hinshawlaw.com
PAUL RODRIGUEZ (SBN 307139)
prodriguez@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone: 213-680-2800
Facsimile: 213-614-7399

Attorneys for Defendant
Transamerica Premier Life Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIUN Y. LIN, <br><br> Plaintiff, <br><br> vs. <br><br> TRANSAMERICA PREMIER LIFE INSURANCE COMPANY, and DOES 1 THROUGH 10, <br><br> Defendants. | Case No. 2:16-cv-06438 AB (RAOx) <br><br> **<u>DISCOVERY MATTER</u>** <br><br> Honorable Rozella A. Oliver <br><br> **ORDER GRANTING STIPULATED PROTECTIVE ORDER** <br><br> [Filed concurrently with Stipulated Protective Order] <br><br> Complaint Filed: July 22, 2016 |

# **ORDER**

Good cause having been shown within the parties' Stipulated Protective Order (the "Stipulation"), the Court hereby orders that the handling of confidential, proprietary and/or trade secret documents or information in this case shall be governed by the terms of the Stipulation.

**IT IS SO ORDERED.**

DATED: April 27, 2017

_____
THE HON. ROZELLA A. OLIVER
United States Magistrate Judge

**HINSHAW & CULBERTSON**
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

36270111v1 0989706